**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Leobardo CHAVEZ–BARRIENTOS,**
**Defendant–Appellant.**

**No. 06–35246.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 20, 2007 *.

Filed Feb. 23, 2007.

Kent S. Robinson, AUSA, U.S. Attorney's Office, Portland, OR, for Plaintiff–Appellee.

Leobardo Chavez–Barrientos, Taft, CA, pro se.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: BEEZER, FERNANDEZ and McKEOWN, Circuit Judges.

MEMORANDUM **

Leobardo Chavez–Barrientos appeals pro se from the district court's judgment denying his 28 U.S.C. § 2255 motion to set aside his conviction for illegal reentry following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Chavez–Barrientos contends that he received ineffective assistance of counsel because counsel failed to assert derivative citizenship as a defense. However, a review of the record reveals that counsel researched this issue and properly determined that Chavez–Barrientos was not entitled to derivative citizenship. *See Barthelemy v. Ashcroft,* 329 F.3d 1062, 1065 (9th Cir.2003). Accordingly, counsel's performance was not deficient. *See Strickland v. Washington,* 466 U.S. 668, 687, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).

The motion for stay of deportation pending appeal is denied as moot.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

